UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-CR-125 JD |
| ) | |
| LEOBARDO CAMPOS (01) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 20, 2013 [DE 55]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Leobardo Campos' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

SO ORDERED.

ENTERED:  June 17, 2013

                                              /s/ JON E. DEGUILIO
                                              Judge
                                              United States District Court