UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-125 JD |
| | ) | |
| ZACARIAS CISNEROS (05) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 20, 2013 [DE 80]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Zacarias Cisneros' plea of guilty, and FINDS the defendant guilty of Count 11 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  July 17, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court