UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-CR-125 JD |
| ) | |
| RICKY RUIZ (02) ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 12, 2013 [DE 73]. Accordingly, the court now ADOPTS those findings and recommendations, with the exception that the schedule for sentencing laid out therein has been superseded by the schedule laid out by this court in the entry entered June 13, 2013. [DE 74]. The court ACCEPTS defendant Ricky Ruiz' plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  July 17, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court